## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 16-31189 |
| Tracy John Clement, | Chapter 11 |
| Debtor. | Hon. Michael E. Ridgway |
| Phillip L. Kunkel, Trustee, | |
| Plaintiff, | |
| vs. | Adv. Pro. No. _____ |
| TransAmerica Life Insurance Company, | |
| Defendant. | |

### COMPLAINT TO COMPEL TURNOVER OF PROPERTY TO THE ESTATE PURSUANT TO 11 U.S.C. § 542(a)

_____

Phillip L. Kunkel, the trustee in the above-captioned case (the "Plaintiff") brings this adversary proceeding against TransAmerica Life Insurance Company (the "Defendant"). In support thereof, Plaintiff states and alleges as follows:

### JURISDICTION AND VENUE

1.      On April 11, 2016 (the "Petition Date"), Tracy J. Clement (the "Debtor") filed his voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the Bankruptcy Court for the District of Minnesota (the "Court").

2.      By an Order dated September 19, 2017, the Court confirmed the appointment of Plaintiff [Doc. 518]. Plaintiff is currently the duly qualified and acting trustee in the Debtor's pending case [Case No. 16-31189].

3.     This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(b); Fed R. Bankr. P. 5005, 7001(1) and (9) and 7013; and Local Rule 1073-1.

4.     Venue is proper in this proceeding pursuant to 28 U.S.C. § 1409(a) as this adversary proceeding relates to a case under title 11 currently pending before the Court.

5.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(E).

6.     This adversary proceeding is referred to the Court pursuant to Local Rule 1070-1. Pursuant to 28 U.S.C. § 157(c)(2), the Plaintiff consents to the reference of this proceeding to the Court to hear, determine, and to enter appropriate orders and judgment.

## PARTIES

7.     By the Court's order dated September 19, 2017, the Plaintiff was appointed the chapter 11 trustee for the Tracy J. Clement bankruptcy estate (the "Estate") [Case No. 16-31189, Doc. 518].

8.     Defendant is a company incorporated in the state of Iowa, with a registered address of 4333 Edgewood Road N.E., Cedar Rapids, Iowa 52499.

## FACTUAL BACKGROUND

9.     Defendant has issued a life insurance policy owned by the Debtor, with the Debtor as the insured (the "Policy"). The Policy has a base value of $1,000,000.00.  A true and correct copy of a Verification of Insurance Coverage, confirming the Defendant's possession of the Policy and reflecting the Policy's terms, is attached hereto as Exhibit A.

10.     As of November 16, 2018, the cash surrender value of the Policy is $106,194.58. *See* Exhibit A.

11.     On August 14, 2018, Plaintiff sent a letter to Defendant requesting the turnover of the cash surrender value of the Policy ("Plaintiff's First Correspondence"). In Plaintiff's First Correspondence, Plaintiff explained that the Debtor's interest in the Policy constitutes property of the Estate, and requested Defendant to remit the cash surrender value of the Policy to Plaintiff as soon as possible. Accompanied with Plaintiff's First Correspondence was a copy of the Court's order approving Plaintiff's appointment as Trustee [Doc. 518]. A true and correct copy of Plaintiff's First Correspondence is attached hereto as Exhibit B.

12.     On September 13, 2018, Defendant responded that they could not remit the cash surrender value of the Policy until Plaintiff provided further documentation. Specifically, Defendant requested that Plaintiff send the Debtor's "initial bankruptcy documents, including a schedule of assets and exemptions claimed by Mr. Clement."  A true and correct copy of the Defendant's letter dated September 13, 2018 is attached hereto as Exhibit C.

13.     Plaintiff promptly complied with Defendant's request, and on September 24, 2018, Plaintiff sent to Defendant via overnight mail the following three documents:

    a.  The original schedule of all assets and exemptions claimed by the Debtor and filed with the Court on April 29, 2016 [Doc. 38];

    b.  The first amended schedule of all assets and exemptions claimed by the Debtor and filed with the Court on June 22, 2016 [Doc. 124]; and

    c.  The second amended schedule of all assets and exemptions claimed by the Debtor and filed with the Court on January 31, 2017 [Doc. 328]

(collectively, "Plaintiff's Second Correspondence"). A true and correct copy of Plaintiff's Second Correspondence is attached hereto as Exhibit D.

14.     Defendant provided no response to Plaintiff's Second Correspondence.

15.     On October 17, 2018, Plaintiff sent another letter to Defendant, requesting again that Defendant remit the cash surrender value of the Policy to the Plaintiff ("Plaintiff's Third

Correspondence"). Plaintiff's Third Correspondence reiterated that Plaintiff had yet to receive the cash surrender value of the Policy, and that Plaintiff had not received any other communication from Defendant other than a request for additional information, to which Plaintiff promptly replied. A true and correct copy of Plaintiff's Third Correspondence is attached hereto as Exhibit E.

16.     Plaintiff's Third Correspondence gave Defendant until October 31, 2018 to remit the cash surrender value of the Policy. *See* Exhibit E.

17.     Following Plaintiff's Third Correspondence, Plaintiff received a Full Surrender Request Form (the "Surrender Request Form") to complete and return for the cash surrender value of the Policy.

18.     Plaintiff promptly complied by returning the completed Surrender Request Form to the Defendant via certified mail ("Plaintiff's Fourth Correspondence") on October 30, 2018. A true and correct copy of Plaintiff's Fourth Correspondence is attached hereto as Exhibit F.

19.     In Plaintiff's Fourth Correspondence, Plaintiff also enclosed another copy of the Court's order appointing Plaintiff as trustee of the Estate [Doc. 518].

20.     Defendant provided no response to Plaintiff's Fourth Correspondence.

21.     On November 8, 2018, Plaintiff sent a letter to Defendant via overnight mail, requesting again that the Defendant remit the cash surrender value of the Policy by November 15, 2018 ("Plaintiff's Fifth Correspondence"). A true and correct copy of Plaintiff's Fifth Correspondence is attached hereto as Exhibit G.

22.     As of the date of this Complaint, Defendant has failed to respond to Plaintiff's Fifth Correspondence.

4

23. On November 16, 2018, a day after the deadline provided in Plaintiff's Fifth Correspondence, Defendant sent a Verification of Insurance Coverage and a Policy Summary Letter. *See* <u>Exhibit A</u>. Defendant did not, however, remit the cash surrender value of the Policy.

24. Despite Plaintiff's repeated demands, and Plaintiff's compliance with Defendant's requests for further information, Defendant has failed to remit the cash surrender value of the Policy as of the filing of this Complaint.

## <u>CLAIM FOR RELIEF</u>

### Turnover of Property of the Estate Pursuant to Section 542(a) of the Bankruptcy Code

25. The Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 24 above as if fully set forth herein.

26. The cash surrender value of the Policy is property of the Estate pursuant to section 541(a) of the Bankruptcy Code.

27. Section 542(a) of the Bankruptcy Code provides in pertinent part that "an entity. . . in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under 363 of this title, or that the debtor may exempt under 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property . . . ." 11 U.S.C. § 542(a).

28. Accordingly, pursuant to section 542 of the Bankruptcy Code, Plaintiff is entitled to an order of the Court directing Defendant to immediately turnover the cash surrender value of the Policy in the amount of $106,194.58, as of November 16, 2018, plus any and all related fees, costs and damages that may be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that the Court enter a judgment against Defendant as follows:

A.      finding the Defendant to be in possession, custody, or control of the cash surrender value of the Policy;

B.      finding the cash surrender value of the Policy to be property of the Estate pursuant to section 541(a) of the Bankruptcy Code;

C.      ordering the Defendant to immediately turnover the cash surrender value of the Policy in the amount of $106,194.58, as of November 16, 2018 to the Plaintiff, pursuant to section 542 of the Bankruptcy Code;

D.      awarding the Plaintiff his costs and expenses incurred in connection with this Adversary Proceeding, including reasonable attorneys' fees; and

E.      granting such further relief as the Court deems just and equitable.


Date: November 21, 2018                    **GRAY, PLANT, MOOTY,
                                            MOOTY & BENNETT, P.A.**

                                           /s/ *Samuel J.H. Sigelman*
                                           Samuel J.H. Sigelman (#331089)
                                           500 IDS Center
                                           80 South Eighth Street
                                           Minneapolis, Minnesota 55402
                                           Telephone: 612-632-3001
                                           Fax: 612-632-4001
                                           samuel.sigelman@gpmlaw.com

                                           *Attorneys for Phillip L. Kunkel,
                                           as Trustee*

# **EXHIBIT A**

# TRANSAMERICA®

4333 Edgewood Road NE | Cedar Rapids, IA 52499 | www.transamerica.com


TRACY J CLEMENT
12515 COUNTY ROAD 3
SPRING VALLEY, MN  55975-3002


November 16, 2018

Transamerica Life Insurance Company
Policy Number(s): **Redacted**
Insured Name: Tracy J Clement


Dear Tracy J Clement,

Thank you for being a valued Transamerica customer.

We have enclosed the following based on your recent request:

    Policy Summary Letter
    Verification of Insurance Coverage

For further assistance or if you have any questions about this letter or your policy, please
contact your insurance agent or call us at 800-238-4302, Monday through Friday between 9:00
a.m. and 6:00 p.m. ET.

Best regards,

Transamerica

Transamerica Life Insurance Company  |  Transamerica Premier Life Insurance Company
Transamerica Advisors Life Insurance Company  |  Transamerica Casualty Insurance Company

# TRANSAMERICA®

4333 Edgewood Road NE | Cedar Rapids, IA 52499 | www.transamerica.com


TRACY J CLEMENT
12515 COUNTY ROAD 3
SPRING VALLEY, MN   55975-3002



November 16, 2018

Transamerica Life Insurance Company
Policy Number(s): Redacted
Insured Name: Tracy J Clement


Dear Tracy J Clement,


The following information is furnished in reply to your request for the status of this
policy as of November 16, 2018.

    Coverage
        Basic plan of insurance: Universal Life
        Current Face Amount of basic policy ...................... $1,000,000.00
        Policy Effective Date ................................... 09/08/1992

    Values
        Accumulation Value including accrued interest*........... $105,870.94
            *Outstanding loan amount not deducted, if applicable
        Outstanding loan amount.................................. $0.00
        Net cash value*......................................... $106,194.58
            *Surrender charges and loan deducted, if applicable

    Premiums
        Premium Amount.......................................... $2,640.00
        Payment Frequency....................................... Semi-Annual (twice a year)
        Date last premium payment was applied................... November 08, 2018
            Amount of last premium posted.......................  -

        Insured: TRACY J CLEMENT
        Owner: TRACY J CLEMENT
        Beneficiary: NANCY L CLEMENT

Thank you,

Customer Care Group
800-238-4302


Transamerica Life Insurance Company  |  Transamerica Premier Life Insurance Company
Transamerica Advisors Life Insurance Company  |  Transamerica Casualty Insurance Company



**TRANSAMERICA**®

4333 Edgewood Road NE | Cedar Rapids, IA 52499 | www.transamerica.com

# *VERIFICATION OF INSURANCE COVERAGE*

**Plan:** **ULTIMATE PROTECTOR DAC REVAMP S/NS**

**Policy:**  Redacted

**All values and premium information quoted as of:**  November 16, 2018

```
Insured: TRACY J CLEMENT
Owner: TRACY J CLEMENT
Beneficiary: NANCY L CLEMENT
Issue Date: 09/08/1992
Issue Age: 26
Policy Type: Universal Life
Base Face Amount: $1,000,000.00

Cash Value: $105,870.94
Outstanding Loan Amt: $0.00
Surrender Value: $106,194.58

Premium: $2,640.00
Payment frequency: Semi-Annual (twice a year)
Last payment date: November 08, 2018
```



Blake Bostwick, President

This *Verification of Insurance Coverage* is not an insurance policy and does not amend, extend, or alter the coverage afforded by the policy described above (the "Policy"). Notwithstanding any requirement, term, or condition of any contract or other document with respect to which this *Verification of Insurance Coverage* may be issued or may pertain, the insurance afforded by the Policy is subject to all of the terms, exclusions, and conditions of the Policy.

MBANKS

# **EXHIBIT B**

**Phillip L. Kunkel**
Chapter 11 Trustee
*In re Tracy John Clement dba Clement Farms*
United States Bankruptcy Court for the District of Minnesota
Bankruptcy Case No. 16-31189
1010 West St. Germain Street, Suite 500
St. Cloud, Minnesota  56301
(320) 252-4414
phillip.kunkel@gpmlaw.com

**VIA OVERNIGHT MAIL**

August 14, 2018

MR CHRIS N SCHWARCK
C/O CHRIS SCHWARCK AGENCY
520 SOUTH PIERCE AVENUE
SUITE 202
MASON CITY IA 50401

RE:    Tracy J Clement Bankruptcy (Bky. No. 16-31189)
       Transamerica Policy No ⋅ Redacted
       Owner:  Tracy J. Clement
       Insured:  Tracy J. Clement

Dear Mr. Schwarck:

Please be advised that the insured under the above-identified policy (the "Policy") filed a chapter 11 bankruptcy petition in the United Sates Bankruptcy Court, District of Minnesota on April 11, 2016.  The bankruptcy case is currently pending in the Bankruptcy Court.  Please be further advised I was appointed trustee for the debtor on September 19, 2017.  A copy of the order confirming my appointment is enclosed.

I have been unable to obtain the original policy from the debtor.  Thus, I am not able to provide you with either the original policy or a copy of the same.  I have the policy statement for the period September 8, 2016 through September 8, 2017, however.  A copy of that policy statement is also enclosed.

The debtor's interest in the Policy constitutes property of the bankruptcy estate.  Please be advised I would like to surrender the Policy and obtain the cash surrender value as soon as possible.

Please provide me with whatever additional documents the insurer may require in order to accomplish this.

Mr Chris N Schwarck
August 14, 2018
Page 2

If you have any questions concerning this matter, please do not hesitate to contact me at the
above address.

Sincerely,

By
Phillip L. Kunkel
Chapter 11 Trustee

Enclosures

GP:4820-0071-8448 v1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **In Re:** | **Case #16-31189** |
| **Tracy John Clement** | **Chapter 11 Case** |
| **Debtor** | **Order Approving the Appointment of Trustee** |

Based upon the Application for Order Approving Appointment of Trustee filed by the United States Trustee,

IT IS ORDERED:   The appointment of Phillip L. Kunkel as the chapter 11 trustee in the above chapter 11 case is approved.

BY THE COURT:

Dated:   *September 19, 2017*

/e/ *Michael E. Ridgway*
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/19/2017
Lori Vosejpka, Clerk, by LMS



**TRANSAMERICA**
LIFE INSURANCE COMPANY

STATEMENT FOR SEPTEMBER 08 2016 THROUGH SEPTEMBER 08 2017
REPORT DATE:          09-08-2017
POLICY NUMBER:    Redacted

Owner:

TRACY J CLEMENT
12515 COUNTY ROAD 3
SPRING VALLEY MN 55975-3002

| | |
|---|---|
| WRITING AGENT: | 0000027266 |

CHRIS N SCHWARCK
C/O CHRIS SCHWARCK AGNCY
520 S PIERCE SUITE 202
MASON CITY IA 50401

641-423-2210

| | |
|---|---|
| GENERAL AGENT: | 0000027266 |

CHRIS N SCHWARCK
C/O CHRIS SCHWARCK AGNCY
520 S PIERCE SUITE 202
MASON CITY IA 50401

641-423-2210

-----CURRENT VALUES-----

| | |
|---|---|
| OWNERS PHONE: | 507-346-1013 |
| INSURED: | TRACY J CLEMENT |
| | |
| ISSUE DATE: | SEPTEMBER 08 1992 |
| ISSUE AGE: | 26 |
| MATURITY DATE: | SEPTEMBER 08 2061 |

FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE

| | |
|---|---|
| POLICY VALUE: | 105,818.90 |
| LOAN BALANCE: | .00 |
| SURRENDER CHARGE: | .00 |
| REFUND OF COI: | 404.04 |
| SURRENDER VALUE: | 106,222.94 |
| | |
| SPECIFIED AMOUNT: | $1,000,000 |
| PLANNED PERIODIC PREMIUM: | $2,640.00 / S |
| PREVIOUS ENDING VALUE: | $102,869.47 |
| OPTION: | LEVEL |

SUMMARY OF ACTIVITY

| DATE | PAYMENTS | EXPENSE CHARGES | COST OF INSURANCE | COST OF RIDERS AND BENEFITS | WITHDRAWALS | INTEREST CREDITED | DEATH BENEFIT | POLICY VALUE |
|---|---|---|---|---|---|---|---|---|
| 09-08-2016 | | | | | | | | 102,869.47 |
| 10-08-2016 | 2,640.00 | 82.11 | 245.98 | 122.99 | .00 | 402.13 | 1000000 | 105,460.52 |
| 11-08-2016 | .00 | 2.91 | 245.97 | 122.98 | .00 | 406.63 | 1000000 | 105,495.29 |
| 12-08-2016 | .00 | 2.91 | 245.96 | 122.98 | .00 | 406.76 | 1000000 | 105,530.20 |
| 01-08-2017 | .00 | 2.91 | 245.95 | 122.97 | .00 | 406.90 | 1000000 | 105,565.27 |
| 02-08-2017 | .00 | 2.91 | 245.94 | 122.97 | .00 | 407.03 | 1000000 | 105,600.48 |
| 03-08-2017 | .00 | 2.91 | 245.93 | 122.97 | .00 | 407.17 | 1000000 | 105,635.84 |
| 04-08-2017 | .00 | 2.91 | 245.92 | 122.96 | .00 | 407.31 | 1000000 | 105,671.36 |
| 05-08-2017 | .00 | 2.91 | 245.91 | 122.96 | .00 | 407.44 | 1000000 | 105,707.02 |
| 06-08-2017 | .00 | 2.91 | 245.90 | 122.95 | .00 | 407.58 | 1000000 | 105,742.84 |
| 07-08-2017 | .00 | 2.91 | 245.89 | 122.95 | .00 | 407.72 | 1000000 | 105,778.81 |
| 08-08-2017 | .00 | 2.91 | 245.88 | 122.94 | .00 | 407.86 | 1000000 | 105,814.94 |
| 09-08-2017 | .00 | 2.91 | 267.42 | 133.71 | .00 | 408.00 | 1000000 | 105,818.90 |
| | | | | | | | | |
| TOTALS | 2,640.00 | 114.12 | 2,972.65 | 1,486.33 | .00 | 4,882.53 | | |

INSURED:  TRACY J CLEMENT

THE CASH SURRENDER VALUE OF YOUR POLICY ON SEPTEMBER 08 2017 IS $106,222.94.

AT YOUR NEXT POLICY ANNIVERSARY, YOUR POLICY VALUE IS PROJECTED TO BE $108,915.90. THIS
PROJECTION IS BASED ON GUARANTEED ASSUMPTIONS FOR THE COST OF BENEFIT RATES, EXPENSE CHARGES,
INTEREST AND THE PAYMENT OF SCHEDULED PREMIUMS.

SHOULD NO FURTHER PREMIUMS BE RECEIVED, BASED ON CURRENT ASSUMPTIONS FOR COST OF BENEFIT RATES, EXPENSE
CHARGES AND INTEREST, YOUR POLICY WILL HAVE INSUFFICIENT VALUE TO REMAIN IN FORCE ON SEPTEMBER 08 2032.

SHOULD NO FURTHER PREMIUMS BE RECEIVED, BASED ON GUARANTEED ASSUMPTIONS FOR COST OF BENEFIT RATES, EXPENSE
CHARGES AND INTEREST, YOUR POLICY WILL HAVE INSUFFICIENT VALUE TO REMAIN IN FORCE ON MAY 08 2028.

IMPORTANT POLICY OWNER NOTICE: YOU SHOULD CONSIDER REQUESTING MORE DETAILED INFORMATION ABOUT YOUR
POLICY TO UNDERSTAND HOW IT MAY PERFORM IN THE FUTURE. YOU SHOULD NOT CONSIDER REPLACEMENT OF YOUR
POLICY OR MAKE CHANGES IN YOUR COVERAGE WITHOUT REQUESTING A CURRENT ILLUSTRATION. YOU MAY ANNUALLY
REQUEST, WITHOUT CHARGE, SUCH AN ILLUSTRATION BY CALLING 1-800-238-4302, WRITING TO TRANSAMERICA LIFE
INSURANCE COMPANY AT 4333 EDGEWOOD ROAD NE, CEDAR RAPIDS, IOWA, 52499-1310 OR CONTACTING YOUR
AGENT. IF YOU DO NOT RECEIVE A CURRENT ILLUSTRATION OF YOUR POLICY WITHIN 30 DAYS FROM
YOUR REQUEST, PLEASE CONTACT YOUR STATE INSURANCE DEPARTMENT.

THE CURRENT COMPETITIVE INTEREST RATE IS 4.000% PER ANUM. YOUR GUARANTEED
MINIMUM INTEREST RATE ON ACCUMULATIONS IS 4.000% PER ANNUM. DIFFERENT RATES OF INTEREST MAY BE
USED FOR SEPARATE PORTIONS OF YOUR ACCUMULATED BALANCE. NO MATTER WHAT HAPPENS IN THE MARKETPLACE,
YOUR INTEREST RATE WILL NEVER GO BELOW THE GUARANTEED MINIMUM.

TRANSAMERICA OFFERS A NON-GUARANTEED FEATURE ON THIS POLICY. ADDITIONAL INTEREST, BEYOND
THE CURRENT RATE SHOWN ABOVE, IS CREDITED IF YOUR POLICY MEETS THE FOLLOWING CRITERIA.

| ADDITIONAL INTEREST RATE | IF YOUR POLICY IS INFORCE, YEARS |
|---|---|
| .250% | 21 TO 99 |

| ADDITIONAL INTEREST RATE | ON ACCUMULATED VALUE OVER |
|---|---|
| .500% | $5,000.00 |

A STATEMENT OF ACCOUNT SHOWING THIS INFORMATION IS PROVIDED ANNUALLY AFTER THE ANNIVERSARY DATE AND MAY BE
REQUESTED PERIODICALLY BETWEEN ANNIVERSARIES.

TRANSAMERICA LIFE INSURANCE COMPANY
4333 EDGEWOOD ROAD N.E.
CEDAR RAPIDS,IOWA 52499
1-800-238-4302

END OF STATEMENT FOR  TRACY J CLEMENT

**Legatt, Emily A.**

| | |
|---|---|
| **From:** | UPS Quantum View <pkginfo@ups.com> |
| **Sent:** | Wednesday, August 15, 2018 9:23 AM |
| **To:** | Legatt, Emily A. |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZFA65710199558655 |



## Your package has been delivered.

**Delivery Date:** Wednesday, 08/15/2018
**Delivery Time:** 09:17 AM

At the request of GRAY PLANT MOOTY P.A. this notice alerts you that the status of the shipment listed below has changed.

# Shipment Detail

| | |
|---|---|
| **Tracking Number:** | 1ZFA65710199558655 |
| **Ship To:** | Chris Schwarck<br>Chris Schwarck Agency<br>520 S PIERCE AVE<br>ROOM 202<br>MASON CITY, IA 50401<br>US |
| **UPS Service:** | UPS NEXT DAY AIR |
| **Number of Packages:** | 1 |
| **Weight:** | 0.3 LBS |
| **Delivery Location:** | INSIDE DELIVERY |
| | OLSEN |
| **Reference Number 1:** | 419249 |

Hundreds of ticket deals & offers, updated daily.

START SAVING NOW ▶

UPS My Choice®

 Download the UPS mobile app

© 2018 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this e-mail. UPS will not receive any reply message.
For more information on UPS's privacy practices, refer to the UPS Privacy Notice.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.

**UPS Privacy Notice**

**Help and Support Center**

# **EXHIBIT C**





Transamerica Life Insurance Company
4333 Edgewood Road NE
Cedar Rapids, IA 52499

*# 419352*

September 13, 2018


US Bankruptcy Court District MN
Chapter 11 Trustee, Phillip L Kunkel
1010 West St Germain St Ste 500
St Cloud, MN  56301



RE:   Policy #:   Redacted
      Insured:  Tracy J Clement
      Case No: 16-31189

Dear Mr. Kunkel:

Thank you for allowing us the opportunity to assist you.

Before we can continue, we need the following:

   Please provide the initial bankruptcy documents, including a schedule of assets and exemptions
   claimed by Mr. Clement.

If you requested more information, we'll send it to you in a separate mailing.

If you have questions about this letter, give us a call at 800-238-4302, Monday through Friday between 9:00
a.m. and 6:00 p.m. ET. We're glad to help.

Best regards,


Customer Contact Center
Transamerica Life Insurance Company


cc:   Chris Schwarck 0000027266

Enclosure(s):   Return Envelope

# **EXHIBIT D**

**Phillip L. Kunkel**
Chapter 11 Trustee
*In re Tracy John Clement dba Clement Farms*
United States Bankruptcy Court for the District of Minnesota
Bankruptcy Case No. 16-31189
1010 West St. Germain Street, Suite 500
St. Cloud, Minnesota 56301
(320) 252-4414
phillip.kunkel@gpmlaw.com

**VIA OVERNIGHT MAIL**

September 24, 2018

TRANSAMERICA LIFE INSURANCE COMPANY
4333 EDGEWOOD ROAD NE
CEDAR RAPIDS, IOWA 52499

Re:     Policy #:   Redacted
        Insured: Tracy John Clement
        Bky. No. 16-31189
        Our File No. 419249

Greetings:

This letter is in response to your correspondence dated September 13, 2018, requesting certain documents related to Tracy J. Clement's assets and exemptions. In response to your request, I am enclosing the following three documents:

1.  Doc. 38 – The Original Schedule of All Assets and Exemptions Claimed by Tracy J. Clement – Filed with the Bankruptcy Court on 04/29/2016;

2.  Doc. 124 – The First Amended Schedule of All Assets and Exemptions Claimed by Tracy J. Clement – Filed with the Bankruptcy Court on 06/22/2016; and

3.  Doc. 321 – The Second Amended Schedule of All Assets and Exemptions Claimed by Tracy J. Clement – Filed with the Bankruptcy Court on 01/31/2017.

These three documents should satisfy your request for all "initial bankruptcy documents, including a schedule of assets and exemptions claimed by Mr. Clement." Please note the debtor did not claim the insurance policy in question as exempt.

If you require additional information, or have any questions, please do not hesitate to contact me.

Very truly yours,


Phillip L. Kunkel
Trustee
Enclosures

GP:4812-9006-0148 v1

# **EXHIBIT E**

**Phillip L. Kunkel**
Chapter 11 Trustee
*In re Tracy John Clement dba Clement Farms*
United States Bankruptcy Court for the District of Minnesota
Bankruptcy Case No. 16-31189
1010 West St. Germain Street, Suite 500
St. Cloud, Minnesota 56301
(320) 252-4414
phillip.kunkel@gpmlaw.com

**VIA OVERNIGHT MAIL**

October 17, 2018

TRANSAMERICA LIFE INSURANCE COMPANY
4333 EDGEWOOD ROAD NE
CEDAR RAPIDS, IOWA 52499

Re:   Policy #:   Redacted
      Insured: Tracy John Clement
      Bky. No. 16-31189
      Our File No. 419249

Greetings:

We have previously communicated regarding this policy requesting TransAmerica Life Insurance Company promptly remit the accumulated surrender value to me, as Trustee of the estate of Tracy J. Clement. To date, we have not yet received these funds or any communication other than a request for additional information to which we promptly replied.

Accordingly, we are hereby demanding:

1. TransAmerica Life Insurance Company remit the surrender value of the above policy to me, as trustee for the estate of Tracy J. Clement, on or before October 31, 2018; and

2. TransAmerica Life Insurance Company provide me, as trustee for the estate of Tracy J. Clement a full and complete accounting of the charges, expenses, payments, cost of insurance, interest credited, and withdrawals relating to this policy for the period of September 1, 2017 through the date I am paid the surrender value, on or before October 31, 2018.

If I have not received the surrender value of the policy and the financial information requested above by October 31, 2018, please be advised it is my intention to commence, without further notice to TransAmerica Life Insurance Company, an action in the United States Bankruptcy Court, District of Minnesota, for turnover of such property and records pursuant to 11 U.S.C. § 542(a) and (e).

TransAmerica Life Insurance Company
October 17, 2018
Page Two

We hope litigation is not necessary and that you will promptly comply with this request.

Very truly yours,

Phillip L. Kunkel
Trustee

cc:     Sam Sigelman
        Amy Fiecke
        Chris Schwarck

GP:4852-7206-2329 v1

# <u>EXHIBIT F</u>

**Phillip L. Kunkel**
Chapter 11 Trustee
*In re Tracy John Clement dba Clement Farms*
United States Bankruptcy Court for the District of Minnesota
Bankruptcy Case No. 16-31189
1010 West St. Germain Street, Suite 500
St. Cloud, Minnesota  56301
(320) 252-4414
phillip.kunkel@gpmlaw.com

October 30, 2018                     **VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

TRANSAMERICA LIFE INSURANCE COMPANY
4333 EDGEWOOD ROAD NORTHEAST
CEDAR RAPIDS IA  52499

Re:    Tracy Clement Bankruptcy Estate
       Policy No.   Redacted
       Bky. No. 16-31189
       Our File No. 419249

Dear Sir/Madam:

As requested, enclosed is the Full Surrender Request Form that I have signed as Trustee of the
Tracy J. Clement Bankruptcy Estate.  Also enclosed is a copy of the Order appointing me as
trustee of the bankruptcy estate which was signed by Michael E. Ridgway, United States
Bankruptcy Judge on September 19, 2017.

If you have any questions regarding this matter, please contact me.

Very truly yours,

Phillip L. Kunkel
Trustee

Enclosures

GP:4817-1259-5833 v1

Transamerica Life Insurance Company                          **Full Surrender Request**
Transamerica Premier Life Insurance Company
Administrative Office located at:
4333 Edgewood Road N.E., Cedar Rapids, IA 52499-0001

Fax 800-235-4782

Policy/certificate number (s)__ Redacted _____   Insured/Annuitant___ Tracy J. Clement _____

Owner_ Phillip L. Kunkel, as Trustee of the Tracy J. Clement Bankruptcy _ Phone Number_ 320-252-4414 _____

Fill out all required information in Sections 1 and 2.  Owner(s) must sign and date form in space provided below.

---

**Distributions May Be Subject To Identity Verification**

To help ensure the security of your account and funds, once your distribution request is received, the Company may be obtaining a consumer report from a consumer reporting agency ("CRA") to help verify the validity and accuracy of the account information provided.

I authorize the Company to obtain a consumer report from a CRA as described above, and acknowledge that I: (i) have read the explanation above; (ii) understand that in order for the CRA to verify my account information, some of my personal information will be shared with the CRA in the strictest confidence and as permitted by law and will be retained and used by the CRA only as permitted by law; and (iii) consent to such sharing, retention and use.

---

**1.  Full Surrender**
Select one
(Refer to #2 below.  Subject to any IRS early withdrawal penalties.)

__Request termination of policy/certificate (return policy contract with this form)

_x_ Request termination (I have lost my policy/certificate)

---

**2.  Federal Income Tax Withholding - (Refer to enclosure #2)**

____I WANT to have Federal Income Tax withheld from the taxable portion of my annuity withdrawal and/or policy surrender value.  (If Federal withholding is elected and your state also requires it, state withholding will be deducted.) **Unless specifically indicated, I have elected not to have withholding apply.**

---

**Before signing this form please read the IRS statement on the enclosure that could affect the financial transaction(s).**

---

Unless we have been notified of a community or marital property interest in this policy, we will rely on our good faith belief that no such interest exists and will assume no responsibility for inquiry; the policy owner agrees to indemnify and hold the Company harmless from the consequences of accepting this transaction.

---

Insured /Annuitant_____
                    Signature                    Date Signed      Social Security Number      Date of Birth
Owner_ [signature] _____     10/30/18       Redacted                    n/a
                    Signature                    Date Signed      Social Security Number      Date of Birth

Assignee_____
                    Signature        Title        Date Signed

Spouse_____ n/a _____
                    Signature- (if none, indicate, NONE)

32907 1008
REV 12/17

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| **In Re:** | **Case #16-31189** |
| **Tracy John Clement** | **Chapter 11 Case** |
| **Debtor** | **Order Approving the Appointment of Trustee** |

Based upon the Application for Order Approving Appointment of Trustee filed by the United States Trustee,

IT IS ORDERED:   The appointment of Phillip L. Kunkel as the chapter 11 trustee in the above chapter 11 case is approved.

BY THE COURT:

Dated: _September 19, 2017_

/e/ *Michael E. Ridgway*
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/19/2017
Lori Vosejpka, Clerk, by LMS

# **EXHIBIT G**

**Phillip L. Kunkel**
Chapter 11 Trustee
*In re Tracy John Clement dba Clement Farms*
United States Bankruptcy Court for the District of Minnesota
Bankruptcy Case No. 16-31189
1010 West St. Germain Street, Suite 500
St. Cloud, Minnesota 56301
(320) 252-4414
phillip.kunkel@gpmlaw.com

**VIA OVERNIGHT MAIL**

November 8, 2018

TRANSAMERICA LIFE INSURANCE COMPANY
4333 EDGEWOOD ROAD NE
CEDAR RAPIDS, IOWA 52499

Re: Policy #:   Redacted
Insured: Tracy John Clement
Bky. No. 16-31189
Our File No. 419249

To whom it may concern:

We have previously communicated regarding this policy requesting TransAmerica Life Insurance Company promptly remit the accumulated surrender value to me, as Trustee of the bankruptcy estate of Tracy J. Clement.  To date, we have not yet received these funds or any communication other than your requests for additional information, to which we have promptly replied.

On September 24, 2018, we sent to you via overnight mail a schedule of all assets and exemptions claimed by Mr. Clement in response to your correspondence dated September 13, 2018. Additionally, on October 30, 2018, and in response to your latest request for additional information, we sent to you via certified mail a Full Surrender Request Form signed by me, as the Trustee of the bankruptcy estate. We also enclosed a copy of the Order appointing me as Trustee of the bankruptcy estate which was signed by the Honorable Michael E. Ridgway, United States Bankruptcy Judge, on September 19, 2019.

Despite our prompt compliance with your requests for additional information, TransAmerica Life Insurance Company has failed to remit the accumulated surrender value of the above-referenced policy.

TransAmerica Life Insurance Company
November 8, 2018
Page Two

Accordingly, we are hereby demanding:

1.  TransAmerica Life Insurance Company remit the surrender value of the above policy to me, as trustee for the bankruptcy estate of Tracy J. Clement, on or before November 15, 2018; and

2.  TransAmerica Life Insurance Company provide me, as trustee for the bankruptcy estate of Tracy J. Clement a full and complete accounting of the charges, expenses, payments, cost of insurance, interest credited, and withdrawals relating to this policy for the period of September 1, 2017 through the date I am paid the surrender value, on or before November 15, 2018.

If I have not received the surrender value of the policy and the financial information requested above by November 15, 2018, please be advised I will commence, without further notice to TransAmerica Life Insurance Company, an action in the United States Bankruptcy Court, District of Minnesota, for turnover of such property and records pursuant to 11 U.S.C. § 542(a) and (e).

We hope litigation is not necessary and that you will promptly comply with this request.

Sincerely,

Phillip L. Kunkel
Trustee

cc:   Sam Sigelman
      Amy Fiecke
      Chris Schwarck

GP:4825-1952-0378 v1