## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

___

In re:

Tracy John Clement,

    Debtor.

Case No. 16-31189

Chapter 11

___

Phillip L. Kunkel, Trustee,

    Plaintiff,

v.

TransAmerica Life Insurance Company,

    Defendant.

Adv. Pro. No. 18-03092

**ORDER FOR DISMISSAL WITH PREJUDICE**

___

This matter came on before the Court upon the Notice of a Voluntary Dismissal by Plaintiff Trustee Phillip L. Kunkel (the "Trustee" or "Plaintiff"), who requests the dismissal of all claims asserted by him against Defendant TransAmerica Life Insurance Company, with prejudice in the Adversary Proceeding, known as Adv. Pro. No. 18-03092. In light of the fact Defendant has not filed or served an Answer or a motion for summary judgment, the Trustee's request complies with Fed. R. Civ.P. 41(a)(1)(A)(i), which applies in adversary proceedings pursuant to Fed. R. Bankr. P. 7041. Therefore, the Trustee's request is granted.

1

IT IS HEREBY ORDERED that all claims by the Plaintiff against Defendant asserted in the Adversary Proceeding, known as Adv. Pro. No. 18-03092, are dismissed with prejudice, and without costs or disbursements being awarded to any of the Parties.

BY THE COURT:

Dated: *January 28, 2019*

*/e/ Michael E. Ridgway*
Michael E. Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/28/2019*
Lori Vosejpka, Clerk, by MJS

United States Bankruptcy Court
District of Minnesota

KUNKEL,
    Plaintiff                                                        Adv. Proc. No. 18-03092-MER

TransAmerica Life Insurance Company,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0864-3          User: michaels              Page 1 of 1              Date Rcvd: Jan 28, 2019
                              Form ID: pdf111             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2019.
dft            +TransAmerica Life Insurance Company,   Registered Agent Sheila Luken,   4333 Edgewood Rd. NE,
                MS 2520,   Cedar Rapids, IA 52499-3830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2019 at the address(es) listed below:
              PHILLIP L KUNKEL    phillip.kunkel@gpmlaw.com
              Samuel J.H. Sigelman    on behalf of Plaintiff PHILLIP L KUNKEL Samuel.sigelman@gpmlaw.com,
               wendy.froehle@gpmlaw.com
                                                                                             TOTAL: 2